36 A.3d 1098

**Alton D. BROWN, Petitioner**

v.

**E. MOSCHETTA, S.W. Miller, and Officer Bowser, Respondents.**

Supreme Court of Pennsylvania.

Feb. 7, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 7th day of February, 2012, the Application to File Supplemental Argument, the Application for Remand for an Evidentiary Hearing, and the Petition for Allowance of Appeal are hereby **DENIED.**